In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-03-035 CV


NO. 09-03-042 CV


NO. 09-03-056 CV


____________________



RONALD L. DUCOTE, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the County Court at Law No. 3


Jefferson County, Texas


Trial Cause Nos. 95479, 95465 and 95463






MEMORANDUM OPINION (1)


 Ronald L. Ducote appeals three judgments forfeiting misdemeanor bail bonds upon
which he acted as surety. The proceedings below were not recorded. The appellant
neither filed his briefs by the May 21, 2003 due date, nor filed motions for extension of
time to file the briefs. After notice to the parties, we submitted the appeals without briefs.
See Tex. R. App. P. 38.8 (a). Our review of the appellate records reveals no fundamental
error that would warrant reversal without assignment of error. The judgments of the trial
court are affirmed.

 AFFIRMED.

 PER CURIAM


Submitted on August 7, 2003

Opinion Delivered August 14, 2003

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.